FILED: 7/23/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Zina C. Butler*, | CASE NO. CV 12-4534-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Antelope Valley City Collage, et al.*, | |
| Defendants. | |

Pursuant to the Court's July 23, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Zina C. Butler's ("Plaintiff") claims against Defendants Antelope Valley Community College District (erroneously sued as "Antelope Valley City Collage"), Nancy J. Hatfield, Crystal Herrera, Diane Flores-Kagan, Merri Nelson, and Charlotte Forte-Parnell are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 23, 2012

_____
GEORGE H. KING
United States District Judge