JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINA C. BUTLER, | Case No. CV 12-4534 GHK (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTELOPE VALLEY CITY COLLAGE, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 7/10/14

HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE